NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHANIE R. JONES,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3120

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110468-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Army (Army) moves to reform the caption to name the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of

jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion to reform the official caption is granted. The revised official caption is reflected above. The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUL 16 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephanie Jones
    Matthew F. Scarlato, Esq.
    Nicole DeCrescenzo, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK